Commonwealth ex rel. Floyd, Appellant, *v.* Rundle.

Submitted November 21, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Eugene Floyd,* appellant, in propria persona.

*John J. DiPaul, II,* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.
Mr. Justice ROBERTS dissents.
Mr. Justice COHEN took no part in the consideration or decision of this case.

Colgan, Appellant, *v.* Blumenfeld.

Argued January 10, 1967. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William H. Mitman,* for appellants.

*Ronald M. Agulnick,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Decree affirmed at appellants' cost.

Chester County Commissioners *v.* Trego
(et al., Appellant).

Argued January 10, 1967. Before BELL, C. J., JONES,
COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Lawrence M. Aglow,* for appellant.

*Ronald M. Agulnick,* with him *Pitt and Agulnick,*
for appellee.

*H. R. Gentry,* for Commissioners of Chester Coun-
ty, respondent.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.